No. 94–1785. COMMISSIONER OF INTERNAL REVENUE v. LUNDY. C. A. 4th Cir. Certiorari granted.

No. 93–9026. STEVENS v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 93–9237. KERR v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 94–78. MICHIGAN v. ASHER. Ct. App. Mich. Certiorari denied.

No. 94–1317. SUGRUE v. BROWN, SECRETARY OF VETERANS AFFAIRS, ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–1320. VAIL ET AL. v. BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. 8th Cir. Certiorari denied.

No. 94–1334. ALEX v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–1412. FUENTES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–1540. CHEEVES ET AL. v. SOUTHERN CLAYS, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–1567. CONFEDERATED TRIBES OF THE COLVILLE RESERVATION v. YAKIMA INDIAN NATION ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–1625. HERRON v. TENNESSEE BOARD OF REGENTS ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–1626. JONES v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.